UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                         PLAINTIFF

VS.                                   CRIMINAL ACTION NUMBER: 3:12CR-126-JGH

BABINTA KOITA - 01                                                DEFENDANT

**ACCEPTANCE OF PLEA OF GUILTY,
ADJUDICATION OF GUILT, AND
NOTICE OF SENTENCING**

Pursuant to the Report and Recommendation of Magistrate Judge James D. Moyer, the plea of guilty by the Defendant to Count 1 of the Indictment is hereby accepted, and the Defendant is adjudged guilty of such an offense.

Sentencing is hereby scheduled for AUGUST 18**, 2014 at 1:30 p.m.** United States Courthouse, Louisville, Kentucky.

**IT IS SO ORDERED THIS _____ DAY OF _____, 2014.**

Copies to:
United States Attorney
U.S. Probation Office
Counsel for Defendant